Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff William Sanseverino*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| William Sanseverino,<br><br>Plaintiff,<br><br>v.<br><br>Trans Union, LLC, Experian Information Solutions, Inc., Equifax Information Services, Inc., Rocket Mortgage, LLC, Westlake Services, LLC and Quicken Loans, Inc.,<br><br>Defendants. | Case No.: 2:22-cv-01270-GMN-DJA<br><br>**Stipulation to extend deadline to file the proposed discovery plan and scheduling order**<br><br>**(First request)** |

William Sanseverino ("Plaintiff"), Rocket Mortgage, LLC, for itself, and formerly known as Quicken Loans, LLC (erroneously sued as Quicken Loans, Inc.) and Equifax Information Services, LLC ("Defendants") (jointly as the "parties"), by and through their respective counsel, hereby stipulate to extend the deadline for the parties to file their proposed discovery plan and scheduling order to **November 8, 2022**. The current deadline for the parties to submit their proposed discovery plan and scheduling order is October 16, 2022. ECF No. 7. This is the first request for an extension of this deadline.

---

STIPULATION                            - 1 -

Good cause exists to extend the Deadlines. On October 12, 2022, the parties held an initial conference under Rule 26(f). Defendants requested, and Plaintiff agreed, to request this extension to allow the parties additional time to develop a suitable discovery plan and scheduling order.

The parties therefore request to extend the deadline to submit their proposed discovery plan and scheduling order until on or before November 8, 2022.

Dated: October 14, 2022.

**KIND LAW**

 /s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Counsel for Plaintiff*

**HOUSER LLP**

 /s/  Jeffrey Allison
Jeffrey Allison, Esq.
9970 Research Drive
Irvine, CA 92618
*Counsel for Rocket Mortgage, LLC, for itself, and formerly known as Quicken Loans, LLC (erroneously sued as Quicken Loans, Inc.)*

**CLARK HILL PLLC**

 /s/ Gia Marina
Gia Marina
3800 Howard Hughes Drive, Suit 500
Las Vegas, Nevada 89169
Counsel for Equifax Information Services, LLC

**SCHEDULING ORDER**

IT IS HEREBY ORDERED that the Scheduling Order is modified to extend the discovery deadlines as stated above.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 17, 2022

STIPULATION - 3 -