Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**Freedom Law Firm**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff William Sanseverino*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| William Sanseverino,<br>　　　Plaintiff,<br>　v.<br><br>Trans Union, LLC., et al.<br>　　　Defendants. | Case No.: 2:22-cv-01270-GMN-DJA<br><br>**Stipulation for dismissal of Rocket Mortgage, LLC, F/K/A Quicken Loans, LLC with prejudice** |

　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, William Sanseverino and Rocket Mortgage, LLC, F/K/A Quicken Loans, LLC stipulate to

STIPULATION　　　　　　　　　　- 1 -

dismiss Plaintiff's claims against Rocket Mortgage, LLC, F/K/A Quicken Loans, LLC with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: May 1, 2023.

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff William Sanseverino*

**HOUSER LLP**

/s/ Jeffrey Allison
Jeffrey Allison, Esq.
9970 Research Drive
Irvine, CA 92618
*Counsel for Rocket Mortgage, LLC, F/K/A Quicken Loans, LLC*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: May 2, 2023